

**Legal Services of New Jersey**
P.O. Box 1357
Edison, New Jersey 08818-1357
Phone: (732) 572-9100
Fax: (732) 572-0066
www.lsnj.org
www.lsnjlaw.org

Dawn K. Miller, Esq.
**President**

Claudine M. Langrin, Esq.
**Executive Vice President**

Akil Roper, Esq.
**Senior Vice President**

Raquiba Huq, Esq.
**Senior Vice President**

Maryann Flanigan, Esq.
**Vice President**

_____

Rebecca Hufstader

December 8, 2025

Hon. Susan D. Wigenton
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101
*Via ECF*

SO ORDERED this 8th day of December 20 25

/s/ S.D. Wigenton
United States District Judge

**RE: Bastidas Cano v. Soto, et al., 2:25-cv-18008**
**Status Update**

Dear Judge Wigenton:

I write on behalf of Petitioner Juan Bastidas Cano in the above-captioned habeas matter. On December 1, 2025 the Court issued a text order directing Respondents to provide Mr. Bastidas Cano with a bond hearing pursuant to *Bethancourt-Soto v. Soto, et al.*, No. 25-cv-16200, 2025 WL 2976572 (D.N.J. Oct. 22, 2025) by 5 p.m. on December 5, 2025 or to respond to the petition by December 8, 2025.

Respondents did schedule a bond hearing on December 4, 2025 at 1 p.m. However, the bond matter was docketed with the immigration court that same day, so Mr. Bastidas Cano's counsel did not receive notice prior to the hearing and was not able to appear or submit evidence. Therefore, the immigration judge permitted Mr. Bastidas Cano to withdraw his bond request so that he could appear with counsel. On December 5, 2025, he filed a bond motion through counsel requesting that the immigration court reschedule the hearing, and he is currently scheduled for a bond hearing on December 11, 2025 at 1:30 p.m. Petitioner respectfully requests that this Court keep this habeas matter open to ensure that the immigration judge exercises jurisdiction over the bond motion on that date, as required by this Court's order. Petitioner will update the Court again after the December 11 bond hearing.

Date: December 8, 2025

CC: All counsel, via ECF

Respectfully submitted,

/s/Rebecca Hufstader
Rebecca Hufstader, Esq.
**LEGAL SERVICES OF NEW JERSEY**
100 Metroplex Drive, Suite 101
Edison, New Jersey 08818
rhufstader@lsnj.org
(732) 529-8236

**Coordinating New Jersey's Legal Services System**